THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP DERRINGER, Appellant.

(Argued March 12, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 17, 1893, which affirmed a judgment of the Court of General Sessions entered upon a verdict convicting defendant of the crime of manslaughter in the second degree.

*B. P. Ryan* for appellant.

*John D. Lindsay* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.